# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Michael Vargas

        Plaintiff,

v.               Case No.: 3:22–cv–00024

Crestline Hotels and Resorts

        Defendant,

## ENTRY OF JUDGMENT

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/3/2022 re [12].

                   Lynda M. Hill
                 s/ Hannah Blaney, Deputy Clerk